IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kingvision Pay-Per-View, Ltd., | NO. C 02-00981 MJJ |
| Plaintiff, | **ORDER GRANTING RENEWAL OF JUDGMENT AND RENEWAL OF JUDGMENT** |
| v. | |
| Israel R. Rodriguez, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Application for Renewal of Judgment.[1] Pursuant to a timely and properly filed application, Plaintiff moves to renew a September 17, 2002 and an October 2, 2002 judgment.[2] See Fed. R. Civ. P. 69(a); Cal. Code Civ. P. §§ 683.110, *et seq*.

Plaintiff seeks a judgment of $6,748.12, which includes the original judgment amount of $5,487.50, plus $1,260.62 in interest[3] accrued since entry of the original judgment.

---

[1] (Application and Declaration for Renewal of Judgment, hereafter, "Application," Docket Item No. 28.)

[2] On September 17, 2002, the Court granted Plaintiff default judgment in the amount of $2,250.00. (See Application, Ex. 1, Order Granting Plaintiff's Motion for Default Judgment; Reducing Damages, Docket Item No. 28-1; see also Docket Item No. 21.) On October 2, 2002, the Court granted Plaintiff's request for attorney fees and costs in the amount of $3,237.50. (See Application, Ex. 1, Order Granting Plaintiff's Request for Attorneys' Fees and Costs Pursuant to 47 U.S.C. § 605, Docket Item No. 28-1; see also Docket Item No. 23.)

[3] Calculated at an interest rate of 2.5%.

1  The Court finds that Plaintiff has properly moved to renew judgment under Cal. Code Civ. P.
2 §§ 683.110, *et seq*. Accordingly, the Court GRANTS Plaintiff's Application for Renewal of
3 Judgment.
4  The Court hereby enters judgment in favor of Plaintiff Kingvision Pay-Per-View, Ltd. and
5 against Defendants Israel R. Rodriguez, individually d/b/a Altamar Restaurant, and Maria
6 Rodriguez, individually d/b/a Altamar Restaurant, in the amount of $5,487.50, plus $1,260.62 in
7 interest, for a total judgment of $6,748.12.[4]

10 Dated: February 2, 2012

JAMES WARE
United States District Chief Judge

---

[4] Under California law, "there is no statutory requirement that the notice of renewal [of judgment] be served on the judgment debtor in order for the renewal to be effective." See Goldman v. Simpson, 160 Cal. App. 4th 255, 262 n.4 (Cal. Ct. App. 2008).

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David J. Cook Cook@SqueezeBloodFromTurnip.com
Thomas Peter Riley TPRLAW@att.net

**Dated: February 2, 2012**            **Richard W. Wieking, Clerk**

                                       **By: /s/ JW Chambers**
                                                   **Susan Imbriani**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California